IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-35-GCM

ANTHONY S. SMITH,
        Plaintiff,
   v.

ALLIED BARTON SECURITY SERVICES, LLC,
        Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Matthew Darwin Crawford,** filed March 28, 2014 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Crawford is admitted to appear before this court *pro hac vice* on behalf of defendant, Allied Barton Security Services, LLC.

**IT IS SO ORDERED.**

Signed: March 31, 2014

Graham C. Mullen
United States District Judge